# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **CRIMINAL NO. 14-674 (PAD)** |
| **HARRY ROSARIO-COSME,** | |
| Defendant. | |

# ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, Harry Rosario-Cosme (Docket No. 93), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 92) and that it will be filed by November 30, 2016 (Docket No. 95). The Sentencing Hearing and the deadline for the parties to submit their Sentencing Memoranda will be set in due course.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of October, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge